# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LARHONDA JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-24-766-D |
| PARK PLACE HEALTHCARE AND REHAB, | ) |
| Defendant. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 5] in its entirety.

For the reasons stated therein, Plaintiff's Motion to Proceed *in forma pauperis* [Doc. No. 2] is **DENIED.** If Plaintiff's full filing fee is not received by the Clerk of the Court within **14 days** of the entry of this Order, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 7th day of October, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge